# UNITED STATES BANKRUPTCY COURT
# FOR THE
# EASTERN DISTRICT OF VIRGINIA

### Alexandria Division

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| LAMEES ALROMANI | ) | Case No. 16-13854-KHK |
| | ) | |
| Debtor | ) | |
| _____ | ) | |
| | ) | |
| RL BB ACQ III-MD SHP, LLC | ) | |
| | ) | |
| Plaintiff | ) | |
| v. | ) | Adv. No. 17-01030-KHK |
| | ) | |
| LAMEES ALROMANI | ) | |
| | ) | |
| Defendant/Debtor | ) | |
| _____ | ) | |

### ORDER

**THIS MATTER COMES BEFORE THE COURT** on the joint motion of the parties as evidenced by their respective endorsements hereunder. It appearing to the Court the parties have agreed to resolve this matter, it is hereby ORDERED:

1. The Defendant shall surrender her insurance policy at The Northwestern Mutual Life Insurance Company, policy number 15162085, and pay one-half of the proceeds therefrom to the Plaintiff or the sum of $45,000.00, whichever is greater.

2. In exchange, the Plaintiff agrees to dismiss the instant action with prejudice; and

3. As further consideration, the Defendant, together with her heirs, executors, administrators, beneficiaries, trustees, receivers, attorneys, assigns, predecessors, successors, employees, servants, representatives, agents, agencies, professional advisors, and any other similar

Richard O. Bolger, Esquire
Bolger Law Firm, PLLC
10347 Democracy Lane
Fairfax, Virginia 22030
(703) 383-9595
VA Bar No. 22994

or related persons or entities release, remise, and forever discharge the Plaintiff, Rialto Capital Management, LLC, Rialto Capital Advisors, LLC, Rialto Capital Advisors of New York, LLC, Quantum Servicing Corporation, BB&T and each of their respective heirs, executors, administrators, beneficiaries, trustees, receivers, attorneys, assigns, predecessors, successors, owners, partners, members, parent companies, subsidiaries, affiliates, shareholders, members, directors, officers, employees, managers, servants, representatives, agents, agencies, professional advisors, and any other similar or related persons or entities from any and all actions, causes of action, claims, suits, debts, fees, dues, accounts, bonds, covenants, contracts, agreements, judgments, demands, damages, costs, loss of services, expenses, and compensation whatsoever in law and in equity on account of, or in any way relating to subject matter of this Order, the above captioned adversary proceeding and/or anything else whatsoever from the beginning of the world to the date of these presents. This release is intended to be final and irrevocable and not subject to the satisfaction of any conditions of any kind. **This release does not extend to actions, causes of action, claims, suits, arising out of or related to the released parties failure to comply with provisions of this ORDER.**

The matter therefore being fully resolved, this case is hereby DISMISSED with prejudice.

Date: Nov 8 2017                /s/ Klinette Kindred

                                Klinette H. Kindred
                                U.S. Bankruptcy Judge

                                Entered on Docket: 11/08/2017

Richard O. Bolger, Esquire
Bolger Law Firm, PLLC
10347 Democracy Lane
Fairfax, Virginia 22030
(703) 383-9595
VA Bar No. 22994

I ask for this:

/s/ Richard O. Bolger
Richard O. Bolger
Bolger Law Firm, PLLC
10347 Democracy Lane
Fairfax, Virginia 22030
Virginia State Bar No. 22994

Seen and agreed:

/s/ Joshua D. Bradley (by Richard Bolger with permission via email)
Joshua D. Bradley
Rosenberg Martin Greenberg, LLP
25 South Charles Street, 21st Floor
Baltimore, Maryland 21201
Virginia State Bar No. 83096

Local Rule 9022-1(C) Certification

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

/s/ Richard O. Bolger
Richard O. Bolger

**PARTIES TO RECEIVE COPIES**:

Richard O. Bolger, Esquire
Bolger Law Firm, PLLC
10347 Democracy Lane
Fairfax, VA 22030
Counsel for the debtor/defendant

Lamees Alromani
8901 Gallant Green Drive
McLean, Virginia 22102
Debtor/defendant

Joshua D. Bradley
Rosenberg Martin Greenberg, LLP
25 South Charles Street, 21st Floor
Baltimore, Maryland 21201
Attorney for the plaintiff

Richard O. Bolger, Esquire
Bolger Law Firm, PLLC
10347 Democracy Lane
Fairfax, Virginia 22030
(703) 383-9595
VA Bar No. 22994